No. 270. BRADY *v.* UNITED STATES. C. A. 10th Cir. [Certiorari granted, 395 U. S. 976.] Motion for appointment of counsel granted. It is ordered that *Peter J. Adang, Esquire,* of Albuquerque, New Mexico, be appointed to serve as counsel for petitioner in this case.

No. 189. MINOR *v.* UNITED STATES. C. A. 2d Cir. [Certiorari granted, 395 U. S. 932.] Motion for appointment of counsel under the Criminal Justice Act granted. It is ordered that *Phylis Skloot Bamberger,* of New York, New York, a member of the Bar of this Court, be appointed to serve as counsel for petitioner in this case.

No. 252, Misc. HILLER *v.* CICCONE, MEDICAL CENTER DIRECTOR; and
No. 317, Misc. FURTAK *v.* MANCUSI, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.

No. 220, Misc. NORMAN *v.* UNITED STATES. C. A. 9th Cir. Motion of petitioner for leave to file supplement to petition for certiorari granted.

No. 2, Misc. CHANDLER, U. S. DISTRICT JUDGE *v.* JUDICIAL COUNCIL OF THE TENTH CIRCUIT OF THE UNITED STATES. Motion of *Carl L. Shipley, pro se,* for leave to file a brief as *amicus curiae* granted. Motion of *Solicitor General Griswold, pro se,* for leave to participate in oral argument as *amicus curiae* granted and 30 minutes allotted for that purpose. Thirty additional minutes allotted to counsel for petitioner. Case removed from current argument list and it is ordered that briefs and oral arguments be presented by counsel for the parties. MR. JUSTICE MARSHALL took no part in the consideration or decision of this order. [For earlier order herein, see 395 U. S. 956.]